1            The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ETHAN NORDEAN<br>Also known as "Rufio Panman",<br><br>Defendant. | NO. 21-MJ-67<br><br>UNITED STATES' NOTICE OF FILING OF MOTION FOR REVIEW OF RELEASE ORDER |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Jehiel I. Baer, Assistant United States Attorney for said District, hereby gives notice with the Clerk of this Court that, on February 8, 2021, at 10:56 a.m. Pacific Time, pursuant to 18 U.S.C. § 3145(a)(1), the United States filed with the court having original jurisdiction over the offenses charged herein a Motion for Emergency Stay and for Review of Release Order pertaining to Defendant Ethan Nordean, which is attached as Exhibit A. Chief Judge Beryl A. Howell of the United States District Court for the District of Columbia granted the government's motion and ordered that the release order entered by this Court on February 8, 2021, as to

//
//

UNITED STATES' NOTICE
OF FILING - 1
MJ21-67 BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendant Nordean be stayed pending review of the detention decision by the United States District Court for the District of Columbia. The order is attached as Exhibit B.

DATED this 8th day of February, 2021.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4169
Fax: (206) 553-2502
E-mail: Jehiel.Baer@usdoj.gov

UNITED STATES' NOTICE
OF FILING - 2
MJ21-67 BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970